# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **TELVIN HENYARD** | * | **CIVIL ACTION NO. 18-0062**<br>**SEC. P.** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **LASALLE CORRECTIONS, L.L.C., ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## RULING

Pending before the Court is a "Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) on Grounds of Prematurity" [Doc. No. 17] filed by Defendants Pamela Hearn and Elijah Bouthe. These Defendants moves to dismiss Plaintiff's state law negligence and malpractice claims, as well as his claims under 42 U.S.C. § 1983.

On May 14, 2018, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 21]. Magistrate Judges Hayes agreed with Defendants that Plaintiff's state law malpractice and negligence claims are premature and recommended dismissal of those claims without prejudice. With regard to his claims under § 1983, she found that the allegations in the original Complaint failed to state claims under the Eighth and Fourteenth Amendments. However, she also recognized that the Court's obligation under the Federal Rules of Civil Procedure to "'freely'" grant leave to amend "'when justice so requires.'" *Id.* at p. 10 (quoting Fed. R. Civ. P. 15(a)(2)). Therefore, she recommended that Plaintiff be given an opportunity to seek leave to amend his complaint to cure the deficiencies under § 1983 within the deadline to file objections to the Report and Recommendation. Absent amendment, she recommended dismissal of Plaintiff's § 1983 claims for failure to state a claim.

On May 25, 2018, within the time allowed, Plaintiff filed objections to the Report and Recommendation [Doc. No. 22] and a proposed Amended Complaint [Doc. No. 23].

Having conducted a *de novo* review of the record in this matter, the Court ADOPTS the Report and Recommendation IN PART. The Court ADOPTS the facts and analysis, as well as Magistrate Judge Hayes' recommendations with regard to Plaintiff's state law malpractice and negligence claims. The Court further ADOPTS Magistrate Judge Hayes' recommendation with regard to Plaintiff's amendment to his Complaint. In light of Plaintiff's filing of a proposed Amended Complaint, the Court GRANTS him leave to amend and will instruct the Clerk of Court to file the Amended Complaint in the record. Accordingly, the Court DECLINES TO AODPT Magistrate Judge Hayes' recommendation of dismissal with regard to the § 1983 claims.

If, after reviewing Plaintiff's Amended Complaint, Defendants contend that Plaintiff's § 1983 claims are still deficient, they can file a timely second motion to dismiss. Otherwise, Defendants must answer.

MONROE, LOUISIANA, this 29th day of May, 2018.

                                            TERRY A. DOUGHTY
                                      UNITED STATES DISTRICT JUDGE