# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **TELVIN HENYARD** | * | **CIVIL ACTION NO. 18-0062**<br>**SEC. P.** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **LASALLE CORRECTIONS, L.L.C., ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, for the reasons stated in the Magistrate Judge's Report and Recommendation, to the extent adopted, and for those additional reasons in the Court's Ruling,

**IT IS ORDERED** that Plaintiff is granted leave to amend his Complaint, and the Clerk of Court is instructed to file his proposed Amended Complaint in the record.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) on Grounds of Prematurity [Doc. No. 17] filed by Defendants Pamela Hearn and Elijah Bouthe is hereby **GRANTED IN PART and DENIED IN PART**. The motion is **GRANTED** as to Plaintiff's state law negligence and malpractice claims, and these claims against these Defendants are **DISMISSED WITHOUT PREJUDICE**. The motion is **DENIED** as to Plaintiff's claims under 42 U.S.C. § 1983.

**IT IS FURTHER ORDERED** that, in light of the filing of the Amended Complaint, Defendants should either file a second motion to dismiss if they contend that Plaintiff's claims

under 42 U.S.C. § 1983 are deficient or file an answer within the allotted time.

MONROE, LOUISIANA, this 29th day of May, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE