UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

TELVIN HENYARD,                          *
                                         *    CIVIL NUMBER: 3:18-cv-00062
     Plaintiff                         *
                                         *
VERSUS                                   *
                                         *
LASALLE CORRECTIONS, L.L.C;              *
WARDEN RAY HANSON; WARDEN                *    JUDGE: TERRY A. DOUGHTY
CHRIS STINSON; ELIJAH BOOTHE,            *
LPN; DR. PAMELA HEARN;                   *    MAG: KAREN L. HAYES
WILLIAM K. MCCONNELL; PAT                *
TEMPLE; KEVIN SUMRALL; and               *
JOHNNY CREED                             *

     Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## OBJECTIONS TO COURT'S REPORT AND RECOMMENDATION

NOW COMES plaintiff, Telvin Henyard ("Henyard" and/or "plaintiff"), who hereby files this Objection to the Court's Report and Recommendation granting the Motion to Dismiss Plaintiff's First Supplemental and Amending Complaint filed by defendants Dr. Pamela Hearn and Elijah Boothe, N.P. (collectively "defendants"). Plaintiff does not dispute the dismissal without prejudice, based upon prematurity, of the state law negligence and malpractice claims. However, for the reasons set forth more fully in the attached memorandum, plaintiff shows that he has adequately stated a 28 U.S.C. §1983 claim, upon which relief can be granted. Therefore, defendants' Motion to Dismiss plaintiff's §1983 claim must be denied.

1

Respectfully submitted,

NEAL LAW FIRM
2485 Tower Drive, Ste. 7
PO Box 14657
Monroe, Louisiana 71207
Phone (318) 807-0929
Fax (318) 807-0926


BY: _____/s/ Mark J. Neal_____
       Mark J. Neal, APLC, Bar Roll No. 24580
       J. Jordan Haedicke, Bar Roll No. 35612


## CERTIFICATE

I, Mark J. Neal, do hereby certify that a true and exact copy of the above and foregoing document has this day been served on all counsel of record by placing a copy of same in the United States Mail, postage prepaid, all on this 24th day of July, 2018.


_____ s/ Mark J. Neal_____
        Mark J. Neal

2