UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TELVIN HENYARD, | * | |
|     Plaintiff | * | CIVIL DOCKET NUMBER: |
| VERSUS | * |  3:18-cv-00062 |
| LASALLE CORRECTIONS, L.L.C; | * | |
| WARDEN RAY HANSON; DR. BOA; | * | JUDGE:  TERRY A. DOUGHTY |
| DR. MYRA ROSS; WARDEN CHRIS | * | |
| STINSON; ELIJAH BOOTAT, LPN; | * | |
| DR. PAMELA HEARN; WILLIAM K. | * |    MAGISTRATE JUDGE: KAREN L. HAYES |
| MCCONNELL; PAT TEMPLE; KEVIN | * | |
| SUMRALL; and JOHNNY CREED | * | |
|     Defendants. | * | |

*********************************

_____

**ORDER**

_____

CONSIDERING THE FOREGOING Motion to Enroll as Counsel,

IT IS ORDERED that J. Jordan Haedicke Peltier, LSBA No. 35612, be and hereby is

enrolled as additional counsel for petitioner, Telvin Henyard.

Monroe, Louisiana, on this ___25th__ day of ____July_____, 2018

_____
U. S. Magistrate Judge