UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| TELVIN HENYARD | * | CIVIL ACTION NO. 18-0062 SEC. P. |
|---|---|---|
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| LASALLE CORRECTIONS, L.L.C., ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that the motion to dismiss for failure to state a claim upon which relief can be granted [Doc. No. 31], filed by Defendants Pamela Hearn and Elijah Boothe, is hereby GRANTED, and that, as to said Defendants only: 1) Plaintiff's state law negligence and malpractice claims are DISMISSED WITHOUT PREJUDICE; and 2) Plaintiff's claims under 28 U.S.C. § 1983 are DISMISSED WITH PREJUDICE. Fed. R. Civ. P. 12(b)(6).

Monroe, Louisiana, this 2nd day of August, 2018.

_____
Terry A. Doughty
United States District Judge